UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKEY A. BEAVER,

                Plaintiff,

  v.

WESTERN STATE HOSPITAL, JONATHAN SHARETTE, JESS JAMISON, and MARY L. JONES,

                Defendants.

No. C11-5351 RBL/KLS

ORDER GRANTING INFORMA PAUPERIS STATUS

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. ECF No. 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at Western State Hospital, in Lakewood, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

**DATED** this 9th day of May, 2011.

                          Karen L. Strombom
                          United States Magistrate Judge

ORDER - 1