UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKEY A. BEAVER,

                Plaintiff,

v.

WESTERN STATE HOSPITAL, JONATHAN SHARRETTE, JESS JAMIESON, and MARYLOUISE JONES,

                Defendants.

No. C11-5351 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's Motion for Summary Judgment (ECF No. 15) is **DENIED**; Defendants Motion to Dismiss (ECF No. 17) is **GRANTED**; all claims against Defendants are **DISMISSED WITH PREJUDICE.**

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 6th day of September, 2011.

                              /s/ Ronald B. Leighton
                              Ronald B. Leighton
                              United States District Court Judge