UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKEY A. BEAVER,

                Plaintiff,

v.

WESTERN STATE HOSPITAL, JONATHAN SHARRETTE, JESS JAMIESON, and MARYLOUISE JONES,

                Defendants.

No. C11-5351 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's Motion for Summary Judgment (ECF No. 15) is **DENIED**; Defendants Motion to Dismiss (ECF No. 17) is **GRANTED**; all claims against Defendants are **DISMISSED WITH PREJUDICE.**

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 6th day of September, 2011.

                                            Ronald B. Leighton
                                            United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1