# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICKEY A. BEAVER

v.

WESTERN STATE HOSPITAL, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5351RBL/KLS

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 15) is **DENIED**; Defendants Motion to Dismiss (ECF No. 17) is **GRANTED**; all claims against Defendants are **DISMISSED WITH PREJUDICE**.

| September 6, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

_s/CM Gonzalez_
Deputy Clerk